IN THE SUPREME COURT OF NORTH CAROLINA

No. 333PA11-2

FILED 7 MARCH 2014

STATE OF NORTH CAROLINA

v.

ROBERT LEE EARL JOE

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 730 S.E.2d 779 (2012), affirming in part and vacating in part an order dismissing all charges against defendant entered on 19 May 2010 by Judge Patrice A. Hinnant in Superior Court, Forsyth County, and remanding for further proceedings, after the Supreme Court of North Carolina remanded the Court of Appeals' prior decision of this case, *State v. Joe*, 213 N.C. App. 148, 711 S.E.2d 842 (2011). Heard in the Supreme Court on 8 May 2013 by special session in the Old Chowan County Courthouse (1767) in the Town of Edenton pursuant to N.C.G.S. § 7A-10(a).

*Roy Cooper, Attorney General, by Derrick C. Mertz, Assistant Attorney General, for the State-appellant.*

*Ann B. Petersen for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.